COMMONWEALTH of Pennsylvania, Respondent

v.

**Khaliaf D. ALSTON, Petitioner**

**No. 170 EAL 2017**

Supreme Court of Pennsylvania.

September 11, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael LOWMAN, Petitioner**

**No. 145 WAL 2017**

Supreme Court of Pennsylvania.

September 12, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.